# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   10–37128–KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Melvin D. Carter
PO Box 26207
Richmond, VA 23285

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
    Debtor: xxx–xx–0103

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

 Notice is hereby given that an order was entered on June 3, 2014 dismissing the above–captioned case.

Dated:   June 3, 2014

[VAN015vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                      Case No. 10-37128-KLP
Melvin D. Carter                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert          Page 1 of 2          Date Rcvd: Jun 03, 2014
                              Form ID: VAN015        Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2014.
db           +Melvin D. Carter,    PO Box 26207,    Richmond, VA 23260-6207
cr           +BAC Home Loans Servicing, LP, c/o Prober & Raphael,    20750 Ventura Blvd., Suite 100,
              Woodland Hills, CA 91364-6207
cr            Bank of America,    Bank of America Retail Payment Services,    P.O. Box 660933,
              Dallas, TX  75266-0933
cr           +Deutsche Bank National Trust Company, as Trustee f,    281 Independence Blvd, 5th Floor,
              Virginia Beach, VA 23462-2918
mvnt         +Richmond Fire Department Credit Union,    900 Hermitage Road,    Richmond, VA 23220-2001
10013194     +BAC Home Loans Servicing,    Attn: Bankruptcy Dept.,    450 American Street,
              Simi Valley, CA 93065-6285
10204053     +BAC Home Loans Servicing, LP,    c/o Prober & Raphael,  A Law Corporation,
              20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
10289691     +BAC Home Loans Servicing, LP,    Bankruptcy Department,    Mail Stop: CA6-919-01-23,
              400 National Way,    Simi Valley, CA 93065-6414
12190372      Bank of America Retail Payment Services,    P. O. Box 660933,    Dallas, TX  75266-0933
10013195     +Comcast,    Attn: Bankruptcy Dept.,    5401 Staples Mill Road,    Richmond, VA 23228-5443
10013196     +Eastern Account Systems,    Attn: Bankruptcy Dept.,    75 Glen Road, #110,
              Sandy Hook, CT 06482-1175
10090153     +FCNB,    Cardmember Services,    1620 Dodge St,    Stop Code 3105,    Omaha, NE 68197-0003
10013197      FCNB Master Trust,    Attn: Bankruptcy Dept.,    PO Box 92268,    Norcross, GA 30010-0000
10013198     +Grand Canyon University c/o,    Williams & Fudge,    300 Chatham Avenue, Suite 201,
              Rock Hill, SC 29730-5395
10013199     +Ocwen Loan Servicing,    Attn: Bankruptcy Dept.,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
10013200     +Richmond Fire Dept Cred. Union,    Attn: Bankruptcy Dept.,    900 Hermitage Road,
              Richmond, VA 23220-2001
10013201     +US Dept Of Education,    Attn: Bankruptcy Dept.,    PO Box 5609,    Greenville, TX 75403-5609
10014096     +us Attorney Office,    Main St Cnetre, 18th fl,    600 E. Main Street,    Richmond, VA 23219-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10278562     +EDI: IRS.COM Jun 04 2014 02:08:00      Internal Revenue Service,    P O Box 7346,
              Philadelphia, PA 19101-7346
10219065     +E-mail/Text: electronicbkydocs@nelnet.net Jun 04 2014 02:26:51
              Nelnet on behalf of the US Department of Education,    3015 South Parker Road Suite 400,
              Aurora CO 80014-2904
10055719     +Fax: 407-737-5634 Jun 04 2014 03:11:45      Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
              West Palm Beach, FL 33409-6493
                                                                                TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            Ocwen Loan Servicing, LLC
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2014 at the address(es) listed below:
          Dean R. Prober   on behalf of Creditor   BAC Home Loans Servicing, LP, c/o Prober & Raphael, A
          Law Corporation Cmartin@pralc.com
          Dean R. Prober   on behalf of Creditor   Bank of America Cmartin@pralc.com
          Edward S. Whitlock, III   on behalf of Movant   Richmond Fire Department Credit Union
          ewhitlock@lawplc.com,
          llatham@lawplc.com;htaylor@lawplc.com;sedwards@lawplc.com;smilburn@lawplc.com
          Jacqueline A. Fink   on behalf of Creditor   Ocwen Loan Servicing, LLC jfink@sykesbourdon.com,
          dvest@sykesbourdon.com;bcolberg@sykesbourdon.com

District/off: 0422-7          User: mullert            Page 2 of 2              Date Rcvd: Jun 03, 2014
                             Form ID: VAN015           Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jon Michael Ahern    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Ixis Real Estate Capital Trust 2005-HE4 Mortgage Pass Through Certificates, Series 2005-HE4
           jmahern@sykesbourdon.com,   dvest@sykesbourdon.com
          Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
          Yvonne  Cochran    on behalf of Debtor Melvin D. Carter ycochran@cochranlawfirm.net,
           ycochran@cochranlawfirm.net;hivey@cochranlawfirm.net;cochran.law.firm.pc@gmail.com;emundy@cochran
           lawfirm.net;dtabakin@cochranlawfirm.net
                                                                                           TOTAL: 7